AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
SEP 10 2021
21-4151
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ellis J. Lard 10137-026
*Petitioner*

v.

Case No. ~~[struck through]~~
*(Supplied by Clerk of Court)*

USA, ET. AL.
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Ellis Lard
   (b) Other names you have used: Treetop

2. Place of confinement:
   (a) Name of institution: FMC Devens
   (b) Address: PO Box 879 Ayer, MA 01432

   (c) Your identification number: 10137-026

3. Are you currently being held on orders by:
   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Rock Island 322 16TH ST Rock Island, IL 61201 STE 200M
   (b) Docket number of criminal case: 94 mJ 40009
   (c) Date of sentencing: 10-14-94
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: 

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☑ Other *(explain)*: BEING Held beyond SENTENCE imposed

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: USDC
   (b) Docket number, case number, or opinion number: 94-MJ-40002/09
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: held beyond Time imposed by court.
   (d) Date of the decision or action: Nov 23, 2016

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: USDC OF APPEALS
       (2) Date of filing: ~~M-50-24-94~~ / 5-4-94
       (3) Docket number, case number, or opinion number: 94-3485
       (4) Result: DENIED
       (5) Date of result: 10-14-94
       (6) Issues raised: KNOWINGLY AND INTELLIGENTLY ENTERED INTO AND INVALID INDICTMENT

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: __NA__

8. **Second appeal**
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☒ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal: __WAS IN SEG FOR 3 YEARS__

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes   ☐ No
(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes ☐ No

If "Yes," provide:
(1) Name of court: USDC
(2) Case number: 4-94-CV 40009
(3) Date of filing: 10-OCT-2012
(4) Result: DENIED
(5) Date of result: 10-OCT 94
(6) Issues raised: NOT INTELLIGENTLY ENTERED INTO AND INVALID INDICTMENT / AND GUN BELONGED TO MR. JONES

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: bEING HElD bEYONd TIME rmposed To SERVE

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes          ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes          ☐ No
    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes          ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** *TIME SERVED ON MAX OUT DATE OF 11-30-2019*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

MAX OUT DATE WAS 11-30-2017

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: **NONE**

**Request for Relief**

15. State exactly what you want the court to do: **To GRANT my RELEASE IMMEDIATELY**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

9-5-2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:

*Mr. Ellis Jerome Lord, Sr.*
Signature of Petitioner

*Mr. Ellis Jerome Lord, Sr.*
Signature of Attorney or other authorized person, if any